IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
EARL LEROY BELL, SR. )
)
        Debtor ) CH 13 Case No. 07-40010
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

    1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        EARL LEROY BELL, SR.
        108 BETZ STREET
        LEETONIA, OH 44431

                          $5.00

              **TOTAL:**    $5.00

    2. A check in the amount of $231.75, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

    3. Nothing further remains to be done in this case.

DATED this 13th day of May, 2010.

                                    _/s/ Michael A. Gallo_
                                    MICHAEL A. GALLO, TRUSTEE
                                    20 Federal Plaza West
                                    Suite #602
                                    Youngstown, OH 44503
                                    (330) 743-1246

FILED U.S. BANKRUPTCY COURT 2010 MAY 17 AM 11:47 NORTHERN DISTRICT OF OHIO YOUNGSTOWN

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
EARL LEROY BELL, SR. )
)
Debtor ) CH 13 Case No. 07-40010
)
)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 13th day of May, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

```
Trustee:67                 TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT                    CREDITOR:523237                    Page 1 OF 1
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET                                  VOUCHER FOR CHECK: 788339
YOUNGSTOWN, OH 44503                                  DATED: 2010/04/23
```

| NAME OF CREDITOR | CASE | CLMS | CREF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0543501 | 926 | 6 | 40 GORE, ROBERT C GORE, THERESA A | UNCLAIMED FUNDS | 16.06 | 0.00 | 16.06 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0546161 | 926 | 6 | 28 OLIVER, ROBERT PAUL OLIVER, BONNIE FAYE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0549265 | 926 | 6 | 37 ALLEN, ELIZABETH | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0549475 | 926 | 6 | 57 CULP SR, ANDREW CULP, CARRIE | UNCLAIMED FUNDS | 13.00 | 0.00 | 13.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640313 | 926 | 6 | 41 JOHNSON, HAROLD JOHNSON, SHERRIL | UNCLAIMED FUNDS | 3.82 | 0.00 | 3.82 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0641990 | 926 | 6 | 15 STASSINIS, MICHAEL ANTHON STASSINIS, FLORENCE BURNS | UNCLAIMED FUNDS | 104.22 | 0.00 | 104.22 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740010 | 926 | 6 | 10 BELL, SR., EARL LEROY | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740227 | 926 | 6 | 24 ROBINSON, LESTER L. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 9,999,994.98 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740541 | 926 | 6 | 21 BOYLE, MELISSA L. BOYLE, DOUGLAS A. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740986 | 926 | 6 | 41 BOWERSOCK, CHRISTY LEE | UNCLAIMED FUNDS | 39.46 | 0.00 | 39.46 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741637 | 926 | 6 | 20 FISHER, RONALD E. FISHER, CONNIE S. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741870 | 926 | 6 | 12 SEKULA, EDWARD FRANCIS SEKULA, MARY MARGARET | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 9,999,994.99 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840346 | 926 | 6 | 27 EVANS, TERRY A. | UNCLAIMED FUNDS | 5.17 | 0.00 | 5.17 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0843081 | 926 | 6 | 21 JACKSON, TIMOTHY CHARLES JACKSON, JODI MARIE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0843685 | 926 | 6 | 22 RANDALL, ROBERT L. RANDALL, LAYKESHA E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840825 | 926 | 6 | 37 MARKWELL, CECILIA E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 1.41 |

|  | #ITEMS | PRINCIPAL | INTEREST | CURRENT CHECK |
|---|---|---|---|---|
|  | 16 | 231.75 | 0.00 | 231.75 |